# United States Bankruptcy Court
## Eastern District of New York

In re   **Michael I Fischman,**
          **Shoshanna Fischman**

Debtors

Case No.    **10-44189**

Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 11,700,000.00 | | |
| B - Personal Property | Yes | 4 | 103,314.89 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 10,740,993.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 214,828.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 61,528.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 28,900.00 |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 11,803,314.89 | | |
| Total Liabilities | | | | 10,955,821.51 | |

# United States Bankruptcy Court

## Eastern District of New York

In re    **Michael I Fischman,**
       **Shoshanna Fischman**

Case No.    __10-44189__

Debtors      ,

Chapter           __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re    **Michael I Fischman,**                          Case No.   **10-44189**
         **Shoshanna Fischman**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **154A Hicks Street**<br>**Brooklyn, NY 11201** | | J | 4,000,000.00 | 2,100,000.00 |
| **Yakaputz II Inc**<br>**195A Washington Park**<br>**Brooklyn, NY 12210** | | J | 2,500,000.00 | 1,575,000.00 |
| **886 Madison Street, Brooklyn, NY 11221** | | J | 650,000.00 | 575,000.00 |
| **254 Fort Hill Road, Scarsdale NY 10583** | | J | 1,900,000.00 | 1,300,000.00 |
| **Prevention I, Inc.**<br>**508 Madison Avenue, Albany, NY 12208** | | J | 700,000.00 | Unknown |
| **572-574 Madison Avenue, Albany NY 12208** | | J | 1,200,000.00 | 480,000.00 |
| **304 Washington Avenue, Albany, NY 12203** | | J | 750,000.00 | 300,000.00 |

|  | Sub-Total > | 11,700,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 11,700,000.00 |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **Michael I Fischman,**              Case No.    **10-44189**
         **Shoshanna Fischman**

Debtors,

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Business Checking Account x-9856 | J | 1,912.80 |
| | | Chase Bank Checking Account x-7347 | H | 137.28 |
| | | Chase Checking Account x-3413 | H | 67.79 |
| | | Chase Savings x-4873 | H | 432.03 |
| | | Chase Business Checking Yakaputz II, Inc x-9596 | J | 6,927.59 |
| | | Chase Business Checking 572 Madison Avenue x-9554 | J | 87.40 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc Furniture, etc | J | Unknown |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | See Annexed List | J | 50,000.00 |
| 6. Wearing apparel. | | Clothing | J | 5,000.00 |
| 7. Furs and jewelry. | | 2 Fur Coats | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | 65,564.89 |
|---|---|---|
|  | (Total of this page) | |

   **3**    continuation sheets attached to the Schedule of Personal Property

In re   **Michael I Fischman,**                 Case No.   **10-44189**
        **Shoshanna Fischman**

                                         Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **GM** | J | **300.00** |
| | | **Yakaputz** **195A Washington Park, Brooklyn, NY 12210** | J | **Unknown** |
| | | **304 Washington Ave Corporation** **304 Washington Avenue** **Albany New York 12203** | J | **Unknown** |
| | | **Prevention I, Inc.** **508 Madison Avenue** **Albany New York 12208** | J | **Unknown** |
| | | **572-574 Madison Avenue** **Albany, NY 12208** | J | **Unknown** |
| | | **Dreyfus** | J | **1,200.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

                                               Sub-Total >         **1,500.00**
                                           (Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re   **Michael I Fischman,**                                   Case No.    **10-44189**

           **Shoshanna Fischman**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Rental Income from Properties**<br>**Yakaputz-195A Washington Park, Brooklyn, NY 12210**<br>**304 Washington Ave Corporation, 304 Washington Avenue, Albany, NY 12203**<br>**Prevention I, Inc., 508 Madison Avenue, Albany, NY 12208**<br>**572-574 Madison Avenue, Albany, NY 12208** | J | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential Claims against receiver** | J | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **LCSW-R** | H | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Client List** | H | Unknown |

                                                         Sub-Total >       **0.00**

                                            (Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com               Best Case Bankruptcy

In re   **Michael I Fischman,**　　　　　　　　　　　　　　　Case No.   __10-44189__
            **Shoshanna Fischman**

Debtors ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevrolet Corvette** | H | 21,000.00 |
| | | **Ford F150 FX4 XLT** | H | 11,900.00 |
| 26. Boats, motors, and accessories. | | **2005 Mercedes Benz ML350** | H | 0.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **6 Computers** | J | 3,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Office** | J | 300.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Golden Retriever** | J | Unknown |
| 32. Crops - growing or harvested. Give particulars. | | **Himalayan Plant** | J | 0.00 |
| 33. Farming equipment and implements. | | **Gardner** | J | 0.00 |
| | | **Gardening Tools** | J | 50.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 36,250.00 |
| Total > | 103,314.89 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re     **Michael I Fischman,**                       Case No.    **10-44189**
           **Shoshanna Fischman**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                               $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **254 Fort Hill Road, Scarsdale NY 10583** | NYCPLR § 5206(a) | **100,000.00** | **1,900,000.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Business Checking Account x-9856** | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | **100%** | **1,912.80** |
| | | | |
| **Chase Bank Checking Account** **x-7347** | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | **100%** | **137.28** |
| | | | |
| **Chase Checking Account** **x-3413** | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | **100%** | **67.79** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Misc Furniture, etc** | NYCPLR § 5205(a)(5) | **0%** | **Unknown** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **See Annexed List** | NYCPLR § 5205(a)(2) | **10,000.00** | **50,000.00** |
| | NYCPLR § 5205(a)(7) | **10,000.00** | |
| | | | |
| **Furs and Jewelry** | | | |
| **2 Fur Coats** | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | **100%** | **1,000.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Chevrolet Corvette** | Debtor & Creditor Law § 282(1) | **0%** | **21,000.00** |
| | | | |
| **Boats, Motors and Accessories** | | | |
| **2005 Mercedes Benz ML350** | Debtor & Creditor Law § 282(1) | **0.00** | **0.00** |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **6 Computers** | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | **3,000.00** | **3,000.00** |
| | NYCPLR § 5205(a)(7) | **0.00** | |
| | | | |
| **Animals** | | | |
| **Golden Retriever** | NYCPLR § 5205(a)(4) | **0.00** | **Unknown** |

                                                   Total:      **126,117.87**      **1,977,117.87**

  **0**    continuation sheets attached to Schedule of Property Claimed as Exempt

In re  **Michael I Fischman,**
**Shoshanna Fischman**

Case No. __10-44189__

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx4241** <br><br> **Arbor Commerical Mortgage** <br> **2801 Wehrle Drive** <br> **Suite 7** <br> **Buffalo, NY 14221** | X | J | **Commercial Loan** <br><br> **Yakaputz II Inc** <br> **195A Washington Park** <br> **Brooklyn, NY 12210** <br><br> Value $ 2,500,000.00 | | | | 1,575,000.00 | 0.00 |
| Account No. **xxxxxx5910** <br><br> **Astoria Fed** <br> **One Astoria Plaza** <br> **Lake Success, NY 11042** | | H | Opened 10/01/99  Last Active  5/01/01 <br><br> RealEstateSpecificTypeUnknown <br><br> Value $ 0.00 | | | | Unknown | Unknown |
| Account No. **xxxxxx5910** <br><br> **Astoria Fed** <br> **One Astoria Plaza** <br> **Lake Success, NY 11042** | | H | Opened 10/01/99  Last Active  5/01/01 <br><br> RealEstateSpecificTypeUnknown <br><br> Value $ 0.00 | | | | Unknown | Unknown |
| Account No. **xxxxx7884** <br><br> **Bac Home Loans Servici** <br> **450 American St** <br> **Simi Valley, CA 93065** | | J | Opened 10/01/06  Last Active  3/30/10 <br><br> ConventionalRealEstateMortgage <br><br> Value $ 0.00 | | | | 2,088,615.00 | 2,088,615.00 |

__4__ continuation sheets attached

Subtotal
(Total of this page)

| 3,663,615.00 | 2,088,615.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

In re **Michael I Fischman,** Case No. **10-44189**

**Shoshanna Fischman**

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx4766 | | | 2005 Mercedes Benz ML350 | | | | | |
| Bank Of America Attn: Bankruptcy NC4-105-02-99 Po Box 26012 Greensboro, NC 27420 | | J | | | | | | |
| | | | Value $ 0.00 | | | | 10,285.00 | 10,285.00 |
| Account No. xxxxx7884 | | | 154A Hicks Street Brooklyn, NY 11201 | | | | | |
| Bank of America 5401 N. Beach Street Fort Worth, TX 76137 | | J | | | | | | |
| | | | Value $ 4,000,000.00 | | | | 2,100,000.00 | 0.00 |
| Account No. xxxxx9895 | | | Opened 11/01/04 Last Active 4/07/05 ConventionalRealEstateMortgage | | | | | |
| Bayview Financial Loan 2601 S Bayshore Dr 4th Fl Miami, FL 33133 | | J | | | | | | |
| | | | Value $ 0.00 | | | | Unknown | Unknown |
| Account No. xxxxxxxxx9239 | | | Opened 8/01/06 Last Active 1/30/10 ConventionalRealEstateMortgage | | | | | |
| Chase 9451 Corbin Avenue Northridge, CA 91328 | | H | | | | | | |
| | | | Value $ 0.00 | | | | 1,296,160.00 | 1,296,160.00 |
| Account No. xxxxxxxxx9174 | | | Opened 6/01/00 Last Active 12/01/00 RealEstateSpecificTypeUnknown | | | | | |
| Chase 9451 Corbin Avenue Northridge, CA 91328 | | W | | | | | | |
| | | | Value $ 0.00 | | | | Unknown | Unknown |

Sheet **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 3,406,445.00 | 1,306,445.00 |

In re **Michael I Fischman,**
     **Shoshanna Fischman**
_____,
                                              Debtors

Case No. **10-44189**
_____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Chase Mortgage** | | J | **254 Fort Hill Road, Scarsdale NY 10583** <br><br> Value $     **1,900,000.00** | | | | **1,300,000.00** | **0.00** |
| Account No. **xxxxxxxx0001** <br><br>**City Ntl Bk** <br>**400 N Roxbury Dr** <br>**Beverly Hills, CA 90210** | | H | **Opened 3/28/07 Last Active 4/14/09** <br><br> Value $     **0.00** | | | | **596,780.00** | **596,780.00** |
| Account No. **xxxxxxxx0001** <br><br>**City Ntl Bk** <br>**400 N Roxbury Dr** <br>**Beverly Hills, CA 90210** | | H | **Opened 9/01/06 Last Active 4/08/09** <br><br>**CommercialMortgage** <br><br> Value $     **0.00** | | | | **419,153.00** | **419,153.00** |
| Account No. **xxxxxxxx2157** <br><br>**Dime Savings Bank** <br>**209 Havemeyer St** <br>**Brooklyn, NY 11211** | | H | **Opened 8/01/98 Last Active 11/13/05** <br><br>**ConventionalRealEstateMortgage** <br><br> Value $     **0.00** | | | | **0.00** | **0.00** |
| Account No. **xxxxxxxxx9980** <br><br>**Dovenmuehle Mortgage** <br>**1 Corporate Dr Ste 360** <br>**Lake Zurich, IL 60047** | | J | **Opened 6/01/98 Last Active 6/01/00** <br><br>**ConventionalRealEstateMortgage** <br><br> Value $     **0.00** | | | | **0.00** | **0.00** |

Sheet **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| **2,315,933.00** | **1,015,933.00** |
|---|---|

In re  **Michael I Fischman,**   Case No. _____10-44189_____

  **Shoshanna Fischman**

_____,

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2600** | | | Opened 6/01/98 Last Active 7/01/99 | | | | | |
| **Flushing Savings Bank** | | J | ConventionalRealEstateMortgage | | | | | |
| | | | Value $       0.00 | | | | Unknown | Unknown |
| Account No. | | | **304 Washington Avenue, Albany, NY 12203** | | | | | |
| **Haven Capital** | | J | | | | | | |
| | | | Value $    750,000.00 | | | | 300,000.00 | 0.00 |
| Account No. **xxxxxxx0001** | | | Opened 6/01/07 Last Active 1/12/09 | | | | | |
| **Imperial Capital Bank c/o Michael C. Manniello, 1025 Old Country Road Suite 404 Westbury, NY 11590** | | J | CommercialMortgage | | | | | |
| | | | Value $       0.00 | | | | Unknown | Unknown |
| Account No. | | | **886 Madison Street, Brooklyn, NY 11221** | | | | | |
| **Imperial Capital Bank c/o Michael C. Manniello, 1025 Old Country Road Suite 404 Westbury, NY 11590** | | J | | | | | | |
| | | | Value $    650,000.00 | | | | 575,000.00 | 0.00 |
| Account No. **xxx0129** | | | **Prevention I, Inc. 508 Madison Avenue, Albany, NY 12208** | | | | | |
| **Imperial Capital Bank c/o Michael C. Manniello, 1025 Old Country Road Suite 404 Westbury, NY 11590** | | J | | | | | | |
| | | | Value $    700,000.00 | | | | Unknown | Unknown |

Sheet __3__ of __4__ continuation sheets attached to      Subtotal      875,000.00      0.00

Schedule of Creditors Holding Secured Claims      (Total of this page)

In re  **Michael I Fischman,**  
    **Shoshanna Fischman**  
_____,  
Case No. **10-44189**

               Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Imperial Capital Bank c/o Michael C. Manniello, 1025 Old Country Road Suite 404 Westbury, NY 11590** | | J | **572-574 Madison Avenue, Albany NY 12208** <br><br> Value $     **1,200,000.00** | | | | **480,000.00** | **0.00** |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br> Value $ | | | | | |

Sheet **4** of **4** continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **480,000.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **10,740,993.00** | **4,410,993.00** |

In re   **Michael I Fischman,**
         **Shoshanna Fischman**

Case No.    **10-44189**

             Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                **1**     continuation sheets attached

In re    **Michael I Fischman,**
             **Shoshanna Fischman**

                                    Debtors

Case No.    **10-44189**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For Notice Purposes | | | | | |
| **Internal Revenue Service 11601 Roosevelt Blvd PO Box 21126 Philadelphia, PA 19114** | | J | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes | | | | | |
| **Internal Revenue Service 10 MetroTech Center 625 Fulton Street Brooklyn, NY 11201** | | J | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **New York State Dept Tax & Bankruptcy Unit - TCD Building 8, Room 455 W.A Harri Albany, NY 12227** | | J | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| **New York State Dept Tax & Fin Bankruptcy Spec Proc P O Box 5300 Albany, NY 12205-0300** | | J | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | For Notice Purposes | | | | | |
| **NYC Dept of Finance 345 Adams Street - 3rd Fl Legal Affairs - D. Cohen Brooklyn, NY 11201** | | J | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 0.00 | 0.00 |

In re **Michael I Fischman,**
**Shoshanna Fischman**

Case No. **10-44189**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx6018<br><br>**Advanta Bank Corp**<br>**Po Box 844**<br>**Spring House, PA 19477** | | H | **Opened 4/01/99 Last Active 2/16/09**<br>**ChargeAccount** | | | | 11,263.00 |
| Account No. xxxxxxxxxxx1053<br><br>**American Express**<br>**c/o Becket and Lee LLP**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | H | **Opened 8/17/95 Last Active 3/21/09**<br>**CreditCard** | | | | 7,029.00 |
| Account No. xxxxxxxxxxx7623<br><br>**American Express**<br>**c/o Becket and Lee LLP**<br>**Po Box 3001**<br>**Malvern, PA 19355** | | H | **Opened 3/17/95 Last Active 11/12/08**<br>**CreditCard** | | | | 1,700.00 |
| Account No. xxxx5104<br><br>**American Honda Finan**<br>**Po Box 168088**<br>**Irving, TX 75016** | | H | **Opened 2/01/04 Last Active 1/27/07**<br>**Automobile** | | | | 0.00 |

_**17**_   continuation sheets attached

Subtotal
(Total of this page)

19,992.00

In re **Michael I Fischman,**
    **Shoshanna Fischman**

Case No. **10-44189**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5618** <br><br> **American Honda Finan** <br> **Po Box 168088** <br> **Irving, TX 75016** | | J | | Opened 11/01/98  Last Active  8/11/04 <br> **Lease** | | | | 0.00 |
| Account No. **xxxx5618** <br><br> **American Honda Finan** <br> **Po Box 168088** <br> **Irving, TX 75016** | | J | | Opened 11/01/98  Last Active  8/11/04 <br> **Lease** | | | | 0.00 |
| Account No. **xxxxxxxx0596** <br><br> **Bac/fleet-bkcard** <br> **200 Tournament Dr** <br> **Horsham, PA 19044** | | H | | Opened 3/01/97  Last Active  7/01/02 <br> **CreditCard** | | | | 0.00 |
| Account No. **5972** <br><br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | W | | Opened 8/01/94  Last Active  3/06/09 <br> **CreditCard** | | | | 20,549.00 |
| Account No. **2859** <br><br> **Bk Of Amer** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | J | | Opened 2/01/99  Last Active  6/01/03 <br> **CreditCard** | | | | **Unknown** |

Sheet no. **1** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,549.00**

In re **Michael I Fischman,**
**Shoshanna Fischman**

Case No. **10-44189**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **8912** <br><br> **Bk Of Amer** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | W | | Opened  2/11/99  Last Active  5/02/07 <br> **CreditCard** | | | | 0.00 |
| Account No. **7674** <br><br> **Bk Of Amer** <br> **Po Box 17054** <br> **Wilmington, DE 19850** | | W | | Opened  2/11/99  Last Active  2/16/06 <br> **CreditCard** | | | | 0.00 |
| Account No. **xxxxxxx3987** <br><br> **Capital One, N.a.** <br> **C/O American Infosource** <br> **Po Box 54529** <br> **Oklahoma City, OK 73154** | | H | | Opened  4/01/95  Last Active  1/08/07 <br> **CreditCard** | | | | 0.00 |
| Account No. **xxxxxxx6796** <br><br> **Chase** <br> **P.o. Box 15298** <br> **Wilmington, DE 19850** | | H | | Opened  3/01/98  Last Active  3/25/09 <br> **CreditCard** | | | | 8,894.00 |
| Account No. **xxxxxxx0107** <br><br> **Chase** <br> **P.o. Box 15298** <br> **Wilmington, DE 19850** | | | J | Opened  3/01/99  Last Active  2/19/09 <br> **CreditCard** | | | | 898.00 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,792.00**

In re **Michael I Fischman,**
    **Shoshanna Fischman**

Case No. **10-44189**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5723**<br><br>**Chase**<br>**9451 Corbin Avenue**<br>**Northridge, CA 91328** | | J | Opened 7/01/05 Last Active 8/14/06<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **xxxxxxxx1543**<br><br>**Chase**<br>**9451 Corbin Avenue**<br>**Northridge, CA 91328** | | J | Opened 9/01/02 Last Active 7/14/05<br>ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **xxxxxxxx9174**<br><br>**Chase**<br>**9451 Corbin Avenue**<br>**Northridge, CA 91328** | | H | Opened 6/01/00 Last Active 12/01/00<br>RealEstateSpecificTypeUnknown | | | | 0.00 |
| Account No. **xxxxxxx0107**<br><br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | J | Opened 3/01/99 Last Active 2/19/09<br>CreditCard | | | | 898.00 |
| Account No. **xxxxxxx0002**<br><br>**Chase**<br>**P.o. Box 15298**<br>**Wilmington, DE 19850** | | H | Opened 1/20/94 Last Active 2/12/09<br>CreditCard | | | | 0.00 |

Sheet no. **3** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**898.00**

In re **Michael I Fischman,**
**Shoshanna Fischman**

Case No. **10-44189**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx7001** | | | Opened 3/01/03 Last Active 12/26/05 CreditCard | | | | |
| **Chase** **P.o. Box 15298** **Wilmington, DE 19850** | | W | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxxxxxx1061** | | | Opened 3/01/00 Last Active 7/23/04 CreditCard | | | | |
| **Citi** **P.o. Box 6500** **Sioux Falls, SD 57117** | | H | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxxxxxx1404** | | | Opened 9/01/98 Last Active 1/30/06 CreditCard | | | | |
| **Citi** **P.o. Box 6500** **Sioux Falls, SD 57117** | | H | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxxxxxx2689** | | | Opened 9/01/98 Last Active 12/16/09 CreditCard | | | | |
| **Citi** **P.o. Box 6500** **Sioux Falls, SD 57117** | | W | | | | | |
| | | | | | | | 2,642.00 |
| Account No. **xxxxxxxx2119** | | | Opened 7/01/92 Last Active 10/01/04 CreditCard | | | | |
| **Citi** **P.o. Box 6500** **Sioux Falls, SD 57117** | | W | | | | | |
| | | | | | | | 0.00 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,642.00

In re **Michael I Fischman,**
     **Shoshanna Fischman**

Case No.    **10-44189**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. **xxxxxxx0274**<br><br>**Citi**<br>**P.o. Box 6500**<br>**Sioux Falls, SD 57117** | | | W | | | Opened **8/01/94** Last Active **8/01/04**<br>**CreditCard** | | | | 0.00 |
| Account No. **xxx4347**<br><br>**Citibank Na**<br>**1000 Technology Dr**<br>**Ms 730**<br>**O'Fallon, MO 63368** | | | | J | | Opened **3/01/00** Last Active **6/01/00**<br>**CheckCreditOrLineOfCredit** | | | | 0.00 |
| Account No. **xxxxx9020**<br><br>**Citibank Na**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20507**<br>**Kansas City, MO 64195** | | | | J | | Opened **4/06/99** Last Active **11/10/05**<br>**CreditLineSecured** | | | | 0.00 |
| Account No. **xxxxxxxxxxx2614**<br><br>**Citibank Usa**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | | H | | | | Opened **8/01/06** Last Active **3/16/09**<br>**ChargeAccount** | | | | 23,085.00 |
| Account No. **xxx1853**<br><br>**Citibankna**<br>**1000 Technology Dr**<br>**O Fallon, MO 63368** | | | | J | | Opened **7/01/93** Last Active **10/23/09**<br>**CheckCreditOrLineOfCredit** | | | | 2,861.00 |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,946.00

In re   **Michael I Fischman,**
       **Shoshanna Fischman**

Case No.   **10-44189**

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxx9381** | | | | | Opened 7/01/01 Last Active 8/08/04 ChargeAccount | | | | |
| **Citifinancial Retail Services** **Citifinancial/Attn: Bankruptcy Dept** **1111 Northpoint Dr** **Coppell, TX 75019** | | J | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. **xxxx0578** | | | | | Opened 10/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | |
| **Credit Management** **4200 International Pwy** **Carrolton, TX 75007** | | H | | | | | | | |
| | | | | | | | | | 296.00 |
| Account No. **xxxx2681** | | | | | Opened 10/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | |
| **Credit Management** **4200 International Pwy** **Carrolton, TX 75007** | | H | | | | | | | |
| | | | | | | | | | 295.00 |
| Account No. **xxxx3440** | | | | | Opened 8/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | |
| **Credit Management** **4200 International Pwy** **Carrolton, TX 75007** | | H | | | | | | | |
| | | | | | | | | | 250.00 |
| Account No. **xxxx6871** | | | | | Opened 8/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | |
| **Credit Management** **4200 International Pwy** **Carrolton, TX 75007** | | H | | | | | | | |
| | | | | | | | | | 240.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,081.00**

In re **Michael I Fischman,**
    **Shoshanna Fischman**

Case No. _____10-44189_____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J | | | | | |
| | | | J C | | | | | |
| Account No. **xxxx7105** <br><br> **Credit Management** <br> **4200 International Pwy** <br> **Carrolton, TX 75007** | | H | | Opened 8/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | 240.00 |
| Account No. **xxxx7793** <br><br> **Credit Management** <br> **4200 International Pwy** <br> **Carrolton, TX 75007** | | H | | Opened 4/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | 170.00 |
| Account No. **xxxx7062** <br><br> **Credit Management** <br> **4200 International Pwy** <br> **Carrolton, TX 75007** | | H | | Opened 9/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | 30.00 |
| Account No. **xxxx0578** <br><br> **Credit Management** <br> **4200 International Pwy** <br> **Carrolton, TX 75007** | | H | | Opened 10/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | 296.00 |
| Account No. **xxxx2681** <br><br> **Credit Management** <br> **4200 International Pwy** <br> **Carrolton, TX 75007** | | H | | Opened 10/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | 295.00 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,031.00

In re **Michael I Fischman,** Case No. ___10-44189___
      **Shoshanna Fischman**
                                                                        ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx7105**<br><br>**Credit Management**<br>**4200 International Pwy**<br>**Carrolton, TX 75007** | | H | | Opened 8/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | 240.00 |
| Account No. **xxxx7062**<br><br>**Credit Management**<br>**4200 International Pwy**<br>**Carrolton, TX 75007** | | H | | Opened 9/01/09 CollectionAttorney Time Warner Cable Of Albany | | | | 30.00 |
| Account No. **xxxxxxxxxxxxx8297**<br><br>**Dell Financial Services**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 81577**<br>**Austin, TX 78708** | | W | | Opened 2/01/03 Last Active 12/09/05 ChargeAccount | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-0021**<br><br>**Discover Bank**<br>**c/o FMA Alliance, Ltd.**<br>**PO Box 2409**<br>**Houston, TX 77252-2409** | | H | | Discover Card | | | | 14,933.40 |
| Account No. **xxxxxxxx6425**<br><br>**Discover Fin**<br>**Attention: Bankruptcy Department**<br>**Po Box 3025**<br>**New Albany, OH 43054** | | H | | Opened 12/01/04 Last Active 4/05/09 CreditCard | | | | 14,933.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  30,136.40

In re **Michael I Fischman,**
**Shoshanna Fischman**

Case No. **10-44189**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxx8016** | | | | | Opened 10/06/95 Last Active 6/22/04 CreditCard | | | | |
| **Discover Fin** **Attention: Bankruptcy Department** **Po Box 3025** **New Albany, OH 43054** | J | | | | | | | | **Unknown** |
| Account No. **xxxxxxx0433** | | | | | Opened 2/01/06 Last Active 2/20/09 CreditCard | | | | |
| **Discover Fin** **Attention: Bankruptcy Department** **Po Box 3025** **New Albany, OH 43054** | H | | | | | | | | **4,960.00** |
| Account No. **xxxxxxx8016** | | | | | Opened 10/06/95 Last Active 6/22/04 CreditCard | | | | |
| **Discover Fin** **Attention: Bankruptcy Department** **Po Box 3025** **New Albany, OH 43054** | J | | | | | | | | **Unknown** |
| Account No. **xxxxxxx3206** | | | | | Opened 10/01/95 Last Active 7/01/09 CreditCard | | | | |
| **Discover Fin** **Attention: Bankruptcy Department** **Po Box 3025** **New Albany, OH 43054** | W | | | | | | | | **20,514.00** |
| Account No. **4782** | | | | | Opened 7/22/98 Last Active 8/19/00 ChargeAccount | | | | |
| **Dsnb Bloom** **Bloomingdale's Bankruptcy** **Po Box 8053** **Mason, OH 45040** | H | | | | | | | | **0.00** |

Sheet no. **9** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,474.00**

In re **Michael I Fischman,**
**Shoshanna Fischman**

Case No. **10-44189**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx6112** | | | | Opened 5/01/99 Last Active 5/01/00 CreditLineSecured | | | | |
| **Fleet Bank Of New York** **300 Broadhollow Rd** **Melville, NY 11747** | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxxx5252** | | | | Opened 3/01/99 Last Active 7/01/01 CreditCard | | | | |
| **Fst Usa Bk** **Po Box 15298** **Wilmington, DE 19850** | | J | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxxx6751** | | | | Opened 3/01/98 Last Active 12/01/01 CreditCard | | | | |
| **Fst Usa Bk B** **1001 Jefferson Plaza** **Wilmington, DE 19701** | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxxx0902** | | | | Opened 4/14/03 Last Active 9/11/05 ChargeAccount | | | | |
| **Gemb/gap** **Po Box 981400** **El Paso, TX 79998** | | W | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxx3318** | | | | Opened 2/01/06 Last Active 4/03/09 ChargeAccount | | | | |
| **Gemb/kirklands** **Po Box 981400** **El Paso, TX 79998** | | H | | | | | | |
| | | | | | | | | 303.00 |

Sheet no. **10** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

303.00

In re **Michael I Fischman,**
**Shoshanna Fischman**

Case No. **10-44189**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx5008** | | | | Opened 6/23/04 Last Active 3/16/06 ChargeAccount | | | | |
| Gemb/mens Wearhouse Po Box 103104 Atlanta, GA 30328 | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxxxx2925** | | | | Opened 4/01/08 Last Active 1/26/09 ChargeAccount | | | | |
| Gemb/pc Richard Po Box 981439 El Paso, TX 79998 | | W | | | | | | |
| | | | | | | | | 3,240.00 |
| Account No. **xxxxxxxx0862** | | | | Opened 8/07/00 Last Active 7/10/01 ChargeAccount | | | | |
| Gemb/pc Richards Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxxxx1996** | | | | Opened 8/07/00 Last Active 10/14/05 ChargeAccount | | | | |
| Gemb/pc Richards Attention: Bankruptcy Po Box 103104 Roswell, GA 30076 | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxx9070** | | | | Opened 10/01/08 Last Active 4/24/09 ChargeAccount | | | | |
| Goodyearcbsd Po Box 6497 Sioux Falls, SD 57717 | | W | | | | | | |
| | | | | | | | | 1,506.00 |

Sheet no. **11** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,746.00

In re  **Michael I Fischman,**
　　　　**Shoshanna Fischman**

Case No.  **10-44189**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxx4890** | | | | | Opened 1/01/01 Last Active 9/01/02 CreditLineSecured | | | | |
| **Green Point Savings** **Po Box 84013** **Columbus, GA 31908** | J | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. **xxx7301** | | | | | Opened 10/01/09 FactoringCompanyAccount Ge Capital Corp. | | | | |
| **Hilco Rec** **Attn: Bankruptcy** **1120 Lake Cook Road Suite B** **Buffalo Grove, IL 60089** | W | | | | | | | | |
| | | | | | | | | | 3,241.00 |
| Account No. **xxxxxxxxxxx2188** | | | | | Opened 10/01/95 Last Active 2/10/09 CreditCard | | | | |
| **Hsbc Bank** **Attn: Bankruptcy** **Po Box 5253** **Carol Stream, IL 60197** | H | | | | | | | | |
| | | | | | | | | | 11,539.00 |
| Account No. **xxxxxxx6091** | | | | | Opened 5/03/95 Last Active 8/18/06 CreditCard | | | | |
| **Hsbc Bank** **Po Box 5253** **Carol Stream, IL 60197** | H | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. **xxxxxxx2192** | | | | | Opened 6/12/95 Last Active 12/25/05 CreditCard | | | | |
| **Hsbc Bank** **Po Box 5253** **Carol Stream, IL 60197** | W | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. **12** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,780.00**

In re    **Michael I Fischman,**
        **Shoshanna Fischman**

Case No.    **10-44189**

                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxx2677**<br><br>**Hsbc Best Buy**<br>**Attn: Bankruptcy**<br>**Po Box 5263**<br>**Carol Stream, IL 60197** | | W | | Opened 2/20/08 Last Active 1/22/10<br>ChargeAccount | | | | 0.00 |
| Account No. **xxxxxx8260**<br><br>**Hsbc Gold**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | H | | Opened 10/01/95 Last Active 10/01/01<br>CreditCard | | | | 0.00 |
| Account No. **xxxxxxxx6552**<br><br>**Kohls/chase**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | W | | Opened 5/01/04 Last Active 8/10/04<br>CreditCard | | | | 0.00 |
| Account No. **xxxxxxxxxxx3384**<br><br>**Lvnv Funding Llc**<br>**P.o. B  10584**<br>**Greenville, SC 29603** | | H | | Opened 12/01/09<br>FactoringCompanyAccount Citibank Sears | | | | 1,679.00 |
| Account No. **xxxxxxxxxxxx8803**<br><br>**Lvnv Funding Llc**<br>**P.o. B  10584**<br>**Greenville, SC 29603** | | W | | Opened 1/01/10<br>FactoringCompanyAccount Hsbc Bank Nev Best Buy | | | | 4,204.00 |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,883.00**

In re   **Michael I Fischman,**
       **Shoshanna Fischman**

Case No.   **10-44189**

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2220**<br><br>**Macys/fdsb**<br>**Macy's Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | | H | | | **Opened 8/01/04 Last Active 8/05/09**<br>**ChargeAccount** | | | | **397.00** |
| Account No. **xxxxxxx0085**<br><br>**Nbgl-mcraes**<br>**Attn: Bankruptcy**<br>**Po Box 15524**<br>**Wilmington, DE 19850** | | H | | | **Opened 11/23/01 Last Active 10/31/04**<br>**ChargeAccount** | | | | **0.00** |
| Account No.<br><br>**New York City**<br>**Dept of Housing Preservation &**<br>**100 Gold Street**<br>**New York, NY 10038** | | | J | | **886 Madison Avenue**<br>**Brooklyn, NY 11221** | | | | **Unknown** |
| Account No. **xxxx7135**<br><br>**Niagara Mohawk/National G**<br>**c/o Van Ru Credit Corp**<br>**8550 Ulmerton Road**<br>**Suite 225**<br>**Largo, FL 33771-5351** | | | J | | **Utility Service** | | | | **3,506.67** |
| Account No. **xxx3152**<br><br>**Paul Michael Marketing**<br>**18609 Union Tpke**<br>**Flushing, NY 11366** | | H | | | **Opened 9/01/09**<br>**CollectionAttorney Shiel Medical Labs** | | | | **336.00** |

Sheet no.  **14**  of  **17**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,239.67**

In re   **Michael I Fischman,**
        **Shoshanna Fischman**

Case No.    **10-44189**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | |
| Account No. **xx4377**<br><br>**Pinnacle Credit Serivc**<br>**Po Box 640**<br>**Hopkins, MN 55343** | H | | Opened 12/01/09<br>FactoringCompanyAccount Citibank | | | | 25,399.00 |
| Account No.<br><br>**Rick Ungaro**<br>**dba The Rubbish Man**<br>**c/o James Kleinbaum**<br>**18 Park Row**<br>**Chatham, NY 12037** | H | | Lawsuit | | | | 920.44 |
| Account No. **xxxxxxxxxxx4000**<br><br>**Rshk/cbsd**<br>**Attn.: Centralized Bankruptcy**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | H | | Opened 6/01/02 Last Active 2/12/09<br>ChargeAccount | | | | 2,302.00 |
| Account No. **xxxxxxxxxxx3384**<br><br>**Sears/cbsd**<br>**Sears Bk Recovery**<br>**Po Box 20363**<br>**Kansas City, MO 64195** | H | | Opened 11/01/98 Last Active 3/20/09<br>CreditCard | | | | 1,627.00 |
| Account No. **xxx-xx4-75H**<br><br>**The City of New York**<br>**Environmental Control Boa**<br>**PO Box 2307**<br>**Peck Slip Station**<br>**New York, NY 10272** | H | | 195A Washington Park<br>Brooklyn NY 11205<br>BuildingViolations | | | | 25.00 |

Sheet no. **15** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,273.44

In re **Michael I Fischman,**
      **Shoshanna Fischman**

Case No.    **10-44189**

_____,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxx-xx2-300** <br><br> **The City of New York Environmental Control Boa PO Box 2307 Peck Slip Station New York, NY 10272** | | H | | | **886 Madison Street Brooklyn, NY 11221 Building Violations** | | | | 130.00 |
| Account No. **xxx-xx6-49R** <br><br> **The City of New York Environmental Control Boa PO Box 2307 Peck Slip Station New York, NY 10272** | | H | | | **886 Madison Street Brooklyn, NY 11221 Building Violations** | | | | 3,000.00 |
| Account No. **xxx-xx3-64L** <br><br> **The City of New York Environmental Control Boa PO Box 2307 Peck Slip Station New York, NY 10272** | | H | | | **886 Madison Street Brooklyn, NY 11221 Building Violations** | | | | 5,000.00 |
| Account No. **xxx-xx1-96R** <br><br> **The City of New York Environmental Control Boa PO Box 2307 Peck Slip Station New York, NY 10272** | | H | | | **886 Madison Street Brooklyn NY 11205 Building Violations** | | | | 8,000.00 |
| Account No. **xxxxx0763** <br><br> **Verizon New York Inc 500 Technology Dr Weldon Spring, MO 63304** | | H | | | Opened 7/01/97 Last Active 6/30/09 | | | | 179.00 |

Sheet no. **16** of **17** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,309.00

In re **Michael I Fischman,**  
      **Shoshanna Fischman**

Case No. **10-44189**

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6416** <br><br> **Verizon New York Inc** <br> **500 Technology Dr** <br> **Weldon Spring, MO 63304** | | H | Opened 5/01/04 Last Active 8/31/09 | | | | 146.00 |
| Account No. **xxxxxx0792** <br><br> **Washington Mutual / Providian** <br> **Attn: Bankruptcy Dept.** <br> **Po Box 10467** <br> **Greenville, SC 29603** | | H | Opened 1/01/94 Last Active 6/01/01 CreditCard | | | | 607.00 |
| Account No. **x6644** <br><br> **Wfnnb/express** <br> **Attn: Bankruptcy** <br> **Po Box 18227** <br> **Columbus, OH 43218** | | W | Opened 2/01/96 Last Active 2/05/96 ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxx2637** <br><br> **Wfnnb/todays Man** <br> **4590 E Broad St** <br> **Columbus, OH 43213** | | H | Opened 10/01/99 Last Active 7/27/04 ChargeAccount | | | | 0.00 |
| Account No. **xxxxxxxx5650** <br><br> **Wyrhsr Mtg** <br> **3815 South West Temple** <br> **Salt Lake City, UT 84115** | | J | Opened 11/01/05 Last Active 10/31/06 ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. **17** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 753.00 |
| Total (Report on Summary of Schedules) | 214,828.51 |

In re   **Michael I Fischman,**                                          Case No.    **10-44189**
          **Shoshanna Fischman**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

In re    **Michael I Fischman,**                                                       Case No.    **10-44189**
        **Shoshanna Fischman**

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Yakaputz, Il Inc,**<br>**195A Washington Park**<br>**Broolyn,, NY** | **Arbor Commerical Mortgage**<br>**2801 Wehrle Drive**<br>**Suite 7**<br>**Buffalo, NY 14221** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

In re    **Michael I Fischman**
       **Shoshanna Fischman**                Case No.    **10-44189**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**13**<br>**17** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Psychotherapist** | **Housewife** |
| Name of Employer | **Self Employed** | **Unemployed** |
| How long employed | **20+ years** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 11,433.00 | $ 0.00 |
| 8. Income from real property | $ 50,095.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 61,528.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 61,528.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 61,528.00 | |

(Report also on Summary of Schedules and, if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re  **Michael I Fischman**
        **Shoshanna Fischman**          Case No.  **10-44189**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 8,800.00 |
| a. Are real estate taxes included?  Yes **X**  No ___ | |
| b. Is property insurance included?  Yes ___  No **X** | |
| 2. Utilities:  a. Electricity and heating fuel | $ 850.00 |
| b. Water and sewer | $ 300.00 |
| c. Telephone | $ 1,100.00 |
| d. Other  **Gardner** | $ 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ 300.00 |
| 4. Food | $ 4,000.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 300.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 1,000.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 500.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 250.00 |
| b. Life | $ 0.00 |
| c. Health | $ 1,600.00 |
| d. Auto | $ 600.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other  **Credit Card Payments** | $ 8,000.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 1,000.00 |
| 17. Other  **Education to maintain employment** | $ 100.00 |
| Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 28,900.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a.  Average monthly income from Line 15 of Schedule I | $ 61,528.00 |
| b.  Average monthly expenses from Line 18 above | $ 28,900.00 |
| c.  Monthly net income (a. minus b.) | $ 32,628.00 |

# United States Bankruptcy Court
## Eastern District of New York

In re    **Michael I Fischman**
**Shoshanna Fischman**

_____

Debtor(s)

Case No.    **10-44189**

Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **37**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 8, 2010**

Signature    **/s/ Michael I Fischman**
**Michael I Fischman**
Debtor

Date    **June 8, 2010**

Signature    **/s/ Shoshanna Fischman**
**Shoshanna Fischman**
Joint Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re    **Michael I Fischman**
**Shoshanna Fischman**        Case No.   **10-44189**

                Debtor(s)        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $78,173.00 | 2010: Husband Private Practice |
| $141,630.00 | 2010 Joint Rental Income |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT             SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| SC-000033-09/AL Michael A. Avella Jr. v Michael Ivan Fischman | Civil | Albany City Court | Post Disposition |
| CV-121084-09/KI S. J. Fuel Company Inc v. Michael I Fischman | Civil | Kings County Civil Court | Active/Pending |
| 014454/2009 Imperial Capital Bank v. Michael Fischman | | Kings County Civil Court | Active/Pending |
| CV-001248-10/AL Margaret E Dougherty v Michael Fischman | Civil | Albany City Court | Active |
| RE-415071-09/KI CONSOLIDATED EDISON COMPANY OF N.Y., INC v FISHMAN, MICHAEL, DBA CARRIAGE HOUSE ESIGNS | Replevin | Kings County Court | Active |

---

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **17764-2009 WRIGHT,OBEDIAH vs. YAKAPUTZ II INC.** | **Other** | **Supreme Court County of Kings** | **Active** |
| **SC-000262-09/AL THOMAS, COPE vs. ALBANY COMMONS, INC** | **Civil** | **Albany City Court** | **Active** |
| **25163-2009 Chase Bank USA NA v Michael I Fischman** | **Civil** | **Supreme Court, County of West Chester** | **Judgment** |
| **SCK-1348-10 Terelle D Jones v Michael Fischman** | **Civil** | **Civil Court of the City of New York 141 Livingston Street - Room 905 Brooklyn, NY 11201** | **Active** |
| **16387/2009 Jessica M. Pascoe v Michael Fischman** | **Civil** | **Civil Court of the City of New York County of Queens** | **Judgment** |
| **5874/2009 Monica Miranda v Michael Fischman** | **Civil** | **Civil Court of the City of New York County of Kings** | **Judgment** |
| **6531/2009 Edgar G Linton v Michael Fischman** | **Civil** | **Civil Court of the City of New York County of Kings** | **Judgment** |
| **8851-2010 NYCTL 2009A Trust and the Bank of NY Mellon v Fischman** | **Foreclosure** | **Supreme Court of the State of New York County of Kings** | **Pending** |
| **10197117/2008 Haven Capital Corporation v Michael Fischman and Shoshanna Fischman** | | **Supreme Court Albay County** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Chase Bank** | **Checking Account-Prevention I x-2271** | **02/17/2010** |
| **Chase Bank** | **Checking Account-304 Washington Ave x-9588** | **01/21/2010** |

---

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Various** | **Security Deposits for Tenants** | |

---

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| 572-574 Madison Ave, Corp | 26-4321614 | 572-574 Madison Avenue Albany, NY 12208 | | |
| Yakaputz II | 20-1710880 | 195A Washington Park Brooklyn, NY 11205 | | |
| Prevention I Inc | 20-1328403 | 508 Madison Avenue Albany, NY 12208 | | |
| 304 Washington Ave, Corp | 26-4321530 | 304 Washington Ave Albany, NY 12203 | | |
| Albany Commons | 30-0408006 | 508 Madison Ave Albany, NY 12203 | | |
| 154A Hicks Street | 7673 | 154A Hicks Street Brooklyn, NY 11201 | | |
| 886 Madison Street | 7673 | 886 Madison Street Brooklyn, NY 11221 | | |
| Michael Fischman dba | 7673 | The Institute for Psychotherapeutic Advancement 145A Hicks St Brooklyn, NY 11201 | | |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                ADDRESS

<table>
<tr><td>None<br>■</td><td>d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.</td></tr>
</table>

NAME AND ADDRESS                                    DATE ISSUED

---

### 20. Inventories

<table>
<tr><td>None<br>■</td><td>a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.</td></tr>
</table>

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                            (Specify cost, market or other basis)

<table>
<tr><td>None<br>■</td><td>b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.</td></tr>
</table>

DATE OF INVENTORY                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                         RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

<table>
<tr><td>None<br>■</td><td>a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.</td></tr>
</table>

NAME AND ADDRESS                NATURE OF INTEREST            PERCENTAGE OF INTEREST

<table>
<tr><td>None<br>■</td><td>b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.</td></tr>
</table>

NAME AND ADDRESS                TITLE                        NATURE AND PERCENTAGE
                                                            OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

<table>
<tr><td>None<br>■</td><td>a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.</td></tr>
</table>

NAME                           ADDRESS                      DATE OF WITHDRAWAL

<table>
<tr><td>None<br>■</td><td>b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.</td></tr>
</table>

NAME AND ADDRESS                TITLE                        DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

<table>
<tr><td>None<br>■</td><td>If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.</td></tr>
</table>

NAME & ADDRESS
OF RECIPIENT,                   DATE AND PURPOSE            AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL              OR DESCRIPTION AND
                                                          VALUE OF PROPERTY

---

### 24. Tax Consolidation Group.

<table>
<tr><td>None<br>■</td><td>If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.</td></tr>
</table>

NAME OF PARENT CORPORATION                       TAXPAYER IDENTIFICATION NUMBER (EIN)

---

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

**25. Pension Funds.**

None  ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **June  8, 2010**                       Signature   **/s/ Michael I Fischman**

                                                          **Michael I Fischman**
                                                          Debtor

Date  **June  8, 2010**                       Signature   **/s/ Shoshanna Fischman**

                                                          **Shoshanna Fischman**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*