UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re Michael and Shoshanna Fischman  
Debtor  
886 Madison DIP Account

Case No. 10-44189  
Reporting Period: 31-Jul-10  
Federal Tax I.D. # 30-0408006

## SINGLE ASSET REAL ESTATE COMPANIES

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date 08/20/10

Signature of Authorized Individual* _____  Date 08/20/10

Printed Name of Authorized Individual  Michael Fischman  Date 08/20/10

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

| In re | Michael and Shoshanna Fischman | Case No. | 10-44189 |
|---|---|---|---|
| | Debtor | Reporting Period: | 31-Jul-10 |
| | 886 Madison DIP Account | | |
| | | Federal Tax I.D. # | 30-0408006 |

**SINGLE ASSET REAL ESTATE COMPANIES**

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

| Signature of Debtor | | Date | |
|---|---|---|---|

| Signature of Authorized Individual* | | Date | |
|---|---|---|---|

| Printed Name of Authorized Individual | | Date | |
|---|---|---|---|

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re** Michael and Shoshanna Fischman  **Case No.** 1044189
 **Debtor**  **Reporting Period:** 7/1/2010 - 7/31/10
886 Madison DIP Account

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the fhree bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (9554) | OPER | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| **CASH BEGINNING OF PERIOD** | 100.00 | | | |
| **RECEIPTS** | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER *(ATTACH LIST)* | 300.00 | | | |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
| TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | | | | |
| PAYROLL TAXES | | | | |
| SALES, USE, & OTHER TAXES | | | | |
| INVENTORY PURCHASES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| INSURANCE | 286.42 | | | |
| ADMINISTRATIVE | | | | |
| SELLING | | | | |
| OTHER *(ATTACH LIST)* | 241.72 | | | |
| OWNER DRAW * | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | | | |
| COURT COSTS | | | | |
| **TOTAL DISBURSEMENTS** | 528.14 | | | |
| | | | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | <228.14> | | | |
| | | | | |
| CASH – END OF MONTH | <128.14> | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | 528.14 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 0.00 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 528.14 |

**In re** Michael and Shoshanna Fischman          **Case No.** 10-44189
　　　**Debtor**                                                **Reporting Period:** 7/1/10 -7/31/10
886 Madison DIP Account

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Tax # | Other # |
|---|---|---|---|
| **BALANCE PER BOOKS** | <128.14> | | |
| | | | |
| BANK BALANCE | 79.58 | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | 207.72 | | |
| OTHER *(ATTACH EXPLANATION)* | | | |
| | | | |
| **ADJUSTED BANK BALANCE** * | (128.14) | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| **CHECKS OUTSTANDING** | Ck. # | Ck. # | Amount |
| | | 1152 | 5.00 |
| | | 1153 | 202.72 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Total** | **207.72** |
| | | | |
| | | | |

**OTHER**



*886 MADISON* (handwritten)

**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

July 01, 2010 through July 30, 2010
Account Number: 000000830575221

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00059188 DRE 802 219 21210 - NNNNN 1 500000000 64 0000
MICHAEL AND SHOSHANNA FISCHMAN DIP
DEBTOR IN POSSESSION
CASE #1-10-44189
254 FORT HILL RD
SCARSDALE NY 10583-3220



## CHECKING SUMMARY
Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $100.00 |
| Deposits and Additions | 1 | 300.00 |
| Checks Paid | 1 | - 286.42 |
| Fees and Other Withdrawals | 1 | - 34.00 |
| Ending Balance | 3 | $79.58 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30 | Transfer From Chk Xxxxx5205 | $300.00 |
| **Total Deposits and Additions** | | **$300.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1151 ^ | | 07/30 | $286.42 |
| **Total Checks Paid** | | | **$286.42** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/29 | Returned Item Fee For An Unpaid Check #1151 IN The Amount of $286.42 | $34.00 |
| **Total Fees & Other Withdrawals** | | **$34.00** |



## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:      Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.      Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC



## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/29 | $66.00 |
| 07/30 | 79.58 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **2** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |





This Page Intentionally Left Blank

| In Re: 886 Madison | | | | Case # 10-44189 | |
|---|---|---|---|---|---|
| | **Debtor** | | | **Reporting Period 07/01/10 - 07/31/10** | |
| | **Detail schedule of Cash Receipts and Disbursements** | | | | |
| | **Cash Beginning of Month** | | | **100.00** | |

**Cash Receipts**

| Date | | Description | Amount | |
|---|---|---|---|---|
| 7/30/2010 | | Transfer from Pratice | 300.00 | |
| | **Total Receipts** | | **300.00** | |

**Cash Disbursements**

| Date | Check# | Payable to | Description | Amount | |
|---|---|---|---|---|---|
| 7/23/10 | 1151 | Premium Finance | Home insurance | 286.42 | Paid from Pratice |
| 7/28/10 | 1152 | Chase | Tenent Deposit | 5.00 | Outstanding check |
| 7/29/10 | 1153 | ConEdison | Eletric | 202.72 | Outstanding check |
| 7/29/10 | Return | Return Item | Return item fee check#1151 - $ 286.42 | 34.00 | |
| | **Total Disbursements** | | | **528.14** | |

| **Net Cash Flow - Receipts less Disbursments** | | | | **-228.14** | |
|---|---|---|---|---|---|
| **Cash - End of Month** | | | | **-128.14** | |

<u>886 Madison</u>  
**Debtor**

**Case No.** <u>10-44189</u>  
**Reporting Period:** <u>7/1/10 - 7/31/10</u>

## RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

**Property:** _____  
**Square Footage:** _____

| Tenant | Unit # | Office Area | Warehouse Area | Total Sq. Ft. | % of Bldg. | Lease Type | Lease Term | Lease Start | Lease End | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1L | | | | | | Vacant | | | | | |
| | 1R | | | | | | Vacant | | | | | |
| | 2L | | | | | | Vacant | | | | | |
| | 2R | | | | | | Vacant | | | | | |
| | 3L | | | | | | Vacant | | | | | |
| | 3R | | | | | | Vacant | | | | | |
| | 4L | | | | | | Vacant | | | | | |
| | 4R | | | | | | Vacant | | | | | |
| | | | | | | | | | Totals | $   - | $   - | |

**In re** Michael and Shoshanna Fischman      **Case No.** 10-44189
    **Debtor**      **Reporting Period:**    31-Jul-10
    886 Madison DIP Account

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | **X** |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| *8 | Are any post petition State or Federal income taxes past due? | | X |
| 9 | Are any post petition real estate taxes past due? | | N/A |
| 10 | Are any other post petition taxes past due? | | **X** |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 12 | Are any amounts owed to post petition creditors delinquent? | | X |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

| In re | 886 Madison | | Case No. | 10-44189 |
|---|---|---|---|---|
| | **Debtor** | | **Reporting Period:** | 7/1/10 - 7/31/10 |

| | **CASH RECEIPTS AND DISBURSEMENTS** | | |
|---|---|---|---|
| | **RECEIPTS** | | |
| | Transfer from pratice | | 300.00 |
| | | | |
| | **TOTAL** | | **300.00** |
| | | | |
| | **DISBURSEMENTS** | | |
| | Utilities | | 202.72 |
| | Miscellaneous | | 5.00 |
| | Bank service charge | | 34.00 |
| | | | |
| | **TOTAL** | | **241.72** |