Form 210A (12/09)

# United States Bankruptcy Court

## EASTERN DISTRICT OF NEW YORK AT BROOKLYN

lt3021

In re MICHAEL I FISCHMAN
     SHOSHANNA FISCHMAN

Case No. **10-44189**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Roundup Funding, LLC
Name of Transferee

Chase Bank USA, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:
     Roundup Funding, LLC
     MS 550
     PO Box 91121
     Seattle, WA 98111-9221
Phone: (866) 670-2361

Last Four Digits of Acct #: 5139

Court Claim # (if known): 8
Amount of Claim: $898.17
Date Claim Filed: 06/14/2010

Phone: (866) 670-2361
Last Four Digits of Acct #: 5139

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ LINH K. TRAN_____
    Transferee/Transferee's Agent

Date: 10/7/2010

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.