POLSINELLI SHUGHART PC
Jason A. Nagi
7 Penn Plaza, Suite 600
New York, New York  10001
(212) 644-2092 (Telephone)
(212) 684-0197 (Facsimile)
jnagi@posinelli.com

*Counsel for City National Bank*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MICHAEL I. FISCHMAN and SHOSHANNA FISCHMAN, Debtors. | Case No. 10-44189 (CEC) |

## NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that City National Bank, by and through its attorneys,

Polsinelli Shughart PC, will present for signature to the Honorable Carla E. Craig, United States

Bankruptcy Judge, Eastern District of New York, on November 24, 2010, at 12:00 pm

("**Presentment Date**"), an order authorizing the withdrawal and substitution of counsel for City

National Bank.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the relief sought and

provided in the proposed Order, and as set forth in the Motion for Withdrawal and Substitution

of Counsel filed herewith, must be filed in the Office of the Clerk of the Bankruptcy Court

electronically in accordance with General Order #559 by registered users of the Court's

electronic case filing system and, by all other parties in interest, on a 3.5-inch disk, preferably

Portable Document Format (PDF), WordPerfect or any other Windows-based word processing

format (with a hard copy delivered to Chambers) and served in accordance with General Order

#559 or by First-Class United States mail and served upon the attorney for City National Bank,

Polsinelli Shughart PC, 7 Penn Plaza, Suite 600, New York, New York, 10001, Attn: Jason A.

Nagi, Esq. (jnagi@polsinelli.com).

PLEASE TAKE FURTHER NOTICE, that in the event a timely objection is received, the

Court shall schedule a hearing for December 8, 2010 at 2:30 p.m.

Dated: New York, New York
November 3, 2010

POLSINELLI SHUGHART PC

By:       /s/ Jason A. Nagi
Jason A. Nagi (JN 6891)
7 Penn Plaza, Suite 600
New York, New York 10001
Tel: (212) 644-2092
Fax No. (212) 684-0197
jnagi@polsinelli.com

POLSINELLI SHUGHART PC
Jason A. Nagi
7 Penn Plaza, Suite 600
New York, New York 10001
(212) 644-2092 (Telephone)
(212) 684-0197 (Facsimile)
jnagi@posinelli.com

*Counsel for City National Bank*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MICHAEL I. FISCHMAN and SHOSHANNA FISCHMAN, <br>            Debtors. | Case No. 10-44189 (CEC) |

## <u>MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL</u>

Jason A. Nagi of Polsinelli Shughart PC moves this Court, pursuant to Local Rule 2090-1(d), to withdraw Harold Somer and substitute Jason A. Nagi of the law firm of Polsinelli Shughart PC, as counsel of record for City National Bank ("**CNB**"), a creditor in the above-captioned matter.

        1.      I have been admitted to practice on a regular basis before the United States Bankruptcy Court.

        2.      I will act as counsel, and the substitution will not affect the overall administration of this matter.

        3.      Harold Somer is withdrawing as counsel of record at the request of CNB.

4.      I respectfully request entry of an Order substituting counsel as follows:

> Withdrawing Counsel:
>
> Harold Somer
> 1025 Old Country Road, Suite 404
> Westbury, New York 11590
> Telephone:  (516) 241-8962
> Fax:  (516) 333-0654
> E-mail:  harold.somer@verizon.net
>
> Appearing/Substituting Counsel:
>
> Jason A. Nagi
> Polsinelli Shughart PC
> 7 Penn Plaza, Suite 600
> New York, New York 10001
> Telephone:  (212) 644-2092
> Fax:  (212) 684-0197
> E-mail:  jnagi@polsinelli.com

WHEREFORE, Jason A. Nagi respectfully requests that this Court enter an order

allowing Harold Somer to withdraw as counsel of record and substitute Jason A. Nagi of

Polsinelli Shughart PC to act a counsel for creditor City National Bank, and for such other and

further relief as the Court deems just.

Dated:  New York, New York
        November 3, 2010

POLSINELLI SHUGHART PC

By:  _____  /s/ Jason A. Nagi  _____
    Jason A. Nagi (JN 6891)
    7 Penn Plaza, Suite 600
    New York, New York 10001
    Tel: (212) 644-2092
    Fax No. (212) 684-0197
    jnagi@polsinelli.com

<u>**CERTIFICATE OF SERVICE**</u>

I, Jason A. Nagi, hereby certify that on the 3rd day of November, 2010, a true and correct copy of the foregoing *Notice of Presentment* and *Motion to Withdraw and Substitute Counsel* was served electronically to Debtors' counsel, the U.S. Trustee, and all parties registered to receive ECF notification from the Court, and served by electronic mail and First Class United States Mail, postage prepaid, to:

> City National Bank
> Attn:  Mike Zandpour
> 555 S. Flower Street, 18th Floor
> Los Angeles, CA  90071
> Mike.Zandpour@cnb.com

*/s/ Jason A. Nagi*
