**WAYNE GREENWALD, P.C.**
**Attorneys for the Debtors,**
**Michael Fischman and Shoshanna Fischman**
**475 Park Avenue South - 26th Floor**
**New York, New York 10016**
**212-983-1922**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**In re**                                                                    **Case No.:**
                                                                                    **10-44189- (cec)**
**MICHAEL FISCHMAN AND**
**SHOSHANNA FISCHMAN,**

                              **Debtors.**
-------------------------------------------------------------------X

## NOTICE OF APPEAL

The Appellants-Debtors, Michael Fischman and Shoshanna Fischman, appeal under, 28 U.S.C. § 158(a), from the order of the Bankruptcy Court, a conformed copy of which is annexed hereto, which, among other things, granted the motion of the Office of the United States Trustee to convert the Appellants-Debtors' case from a reorganization, under Chapter 11 of the Bankruptcy Code, to a liquidation, under as chapter 7 of the Bankruptcy Code.

The parties to the order appealed from and the names of their respective attorneys are as follows:

 **Debtors**: Michael Fischman and Shoshanna Fischman

 Attorneys**:** **WAYNE GREENWALD, PC**
                    475 Park Avenue South-26th Floor
                    New York, NY 10016
                    212-983-1922
                    Attn.: Wayne M. Greenwald, Esq

**U.S.Trustee:** Tracy Hope Davis

Attorneys**:** Office of the United States Trustee
271 Cadman Plaza East
Suite 4520
Brooklyn, NY 11201

Attn.: William Curtin, Esq.

(718) 422-4960

Dated: New York, New York
      November 12, 2010

      **WAYNE GREENWALD, P.C.**
      Attorneys for Appellants
      475 Park Avenue South- 26th floor
      New York, NY 10016
      212-983-1922

      By: _/s/ Wayne M. Greenwald
         Wayne M. Greenwald (WMG6758)