# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

| | |
|---|---|
| IN RE: | CASE NO: 1–10–44189–cec |
| Michael I Fischman        Shoshanna Fischman | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx–xx–7673                xxx–xx–8942 | |
| DEBTOR(s) | |

## NOTICE OF DISCOVERY OF ASSETS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from schedules filed when this case was initiated that there were no assets from which dividends could be paid to creditors and this was indicated on the notice of meeting of creditors.

It now appears that the payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before March 17, 2011 . Claims filed after March 17, 2011 will not be allowed.**

Proofs of claim may be filed over the Internet, on CD–ROM, on diskette or in paper form. To file a proof of claim over the internet, you must be an Electronic Case Filing account holder. If you are not a current account holder and wish to obtain a Limited Access Creditor Password to file claims, please complete the application located at www.nyeb.uscourts.gov/ecf/Train_Sched/creditor_application_2006.pdf and return to address on application.

Dated: December 17, 2010

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdas.jsp** [Discovery of Assets rev. 01/03/07]