GLENN A. REICHELSCHEIMER, ESQ.
98-87 Queens Boulevard
Rego Park, New York 11374
(718) 459-5870 (Telephone)
(718) 459-1593 (Facsimile)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

MICHAEL I. FISCHMAN and        Case No.: 10-44189-CEC
SHOSHANNA FISCHMAN,

                    Debtors.

-------------------------------------------------------------X

### LIMITED NOTICE AND SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that the Chapter 7 debtors, MICHAEL I. FISCHMAN and

SHOSHANNA FISCHMAN substitute attorney GLENN A. REICHELSCHEIMER, ESQ., located

at 98-87 Queens Boulevard, New York, NY 11374, telephone number (718) 459-5870 as their

attorney in place of WAYNE M. GREENWALD, ESQ., located at 475 Park Avenue South, 26th

floor, New York, New York 10016 telephone number (212) 983-1922.

PLEASE TAKE FURTHER NOTICE that the within substitution relates solely to the

representation of the individual debtors' in their pending Chapter 7 case and in no way should be

construed so as to include the representation of any corporations or other entities owned or

controlled by the debtors in connection with their pending bankruptcy proceedings, if any.

Rego Park, New York
January    , 2011

_____        _____
MICHAEL I. FISCHMAN            SHOSHANNA FISCHMAN


I accept this substitution:        I consent to this substitution:


_____        _____
GLENN A. REICHELSCHEIMER (gr9567)   WAYNE M. GREENWALD,
ESQ. (wg6758)
                                   Wayne Greenwald P.C.

# GLENN REICHELSCHEIMER, ESQ.

Attorney at Law
98-87 Queens Boulevard
Rego Park, New York 11374
718-459-5870
Facsimile 718-4 59-1593


## CHAPTER 7
## RETAINER AGREEMENT


I, Michael Fischman , residing at 254 Fort Hill Road Scarsdale N.Y. 10583 (hereinafter "Client") hereby retain the law offices of GLENN REICHELSCHEIMER, ESQ. to represent me solely in connection with the pending chapter 7 bankruptcy proceeding (Case No. 10·44189 ).

I understand and agree that the legal fee, for representation in this proceeding, exclusive of adversary proceedings and other designated matters, is $9,000.00 which does not include any disbursements which may be incurred.

I have been apprised and fully understand that the aforementioned retainer fee and disbursements must be paid in full before you will execute any documents relating to the substitution of your firm as counsel for me and my wife, as joint chapter 7 debtors.

Included in the retainer fees are the following services:

     1.    Preparation and filing of amended schedules, statement of financial affairs and other mandatory filings.

     2.    Representation at no more than three (3) Section 341 Meetings to be held in Brooklyn, New York. In the event you are required to attend any additional adjourned 341 meetings, I agree to pay an appearance fee of $900.00 for each such appearance.

**I have been further advised that the initial retainer does not include representation in any adversary proceeding initiated by any creditor, the Trustee or other party in interest. I have been further informed that the initial retainer also does not include the defense of any motions to lift the automatic stay arising from my failure to pay the claim of a secured creditor or lessor, if any. I have been further informed that the retainer does not contemplate any motion to re-convert the case to a chapter 11 proceeding.**

**In the event you agree to represent me in any pending adversary proceeding, I will**

1

be required to pay an additional retainer covering legal fees which will be required based upon a good faith estimate of the number of hours to be expended in connection with such adversary proceeding or motion. Failure to pay such additional fees shall be considered just cause to be relieved as counsel, and no further services will be rendered on my behalf.

## SPECIAL NOTE:

I have advised my attorney that a majority of the scheduled indebtedness is non-consumer business debt and, therefore, the means test may not be applicable in connection with this bankruptcy filing.

I am advised by my attorney and hereby acknowledge that this bankruptcy filing will, in no way, stay any pending proceedings now or previously initiated against my wife.

Client will generally be represented by Glenn Reichelscheimer, Esq.; however, if necessary, this office reserves the right to substitute another experienced attorney in his place.

I have been informed and I understand that I am obliged to complete 2 instructional courses concerning personal and financial management for which a certificate of completion is issued. The first course (Pre-Filing Counseling) must be taken not more than 180 days prior to the commencement of the case and is filed together with the petition. The second course (Pre-Discharge Education) must be taken immediately following the completion of the first meeting of creditors. A copy of each of the certificates must be faxed to this office upon completion.

If you have not done so, you must schedule your first instructional course by contacting the agency set forth below or another qualified credit counseling agency:

> Money Management International, Inc.
> 9009 West Loop South - 7th Floor
> Houston, TX 77096-1719
> 1-877-918-2227 or 1-888-845-5669

I understand that I must provide financial information to your office in connection with the Chapter 7 petition and schedules. I agree to fully cooperate on a timely basis and will abide by all requests made by the Chapter 7 Trustee or the Bankruptcy Court.

Should I fail to supply the required information on a timely basis, I understand that my Chapter 7 Petition may be dismissed and/or my discharge denied.

By my signature below, I represent to the law offices of Glenn Reichelscheimer, Esq. that I have not filed a petition for bankruptcy in the past eight (8) years, and that all information disclosed to said law office for the purpose of the preparation of my chapter 7 bankruptcy petition is true and correct to the best of my knowledge.

**AGREED AND CONSENTED TO:**

Michael Fischman , **Debtor**

Shoshenna Frahman

**DATED:** 12-23-10

**Glenn Reichelscheimer, Esq.**