**Form 210A (10/06)**  **United States Bankruptcy Court**

Eastern District of NY (Brooklyn)

In Re: MICHAEL I FISCHMAN  Case No: 10-44189
SHOSHANNA FISCHMAN

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

Capital Recovery IV LLC                                LVNV Funding LLC
---------------------------                            ---------------------------
Name of Transferee                                     Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 16
should be sent:                                        Amount of Claim: $1,687.87
Capital Recovery IV LLC                                Date Claim Filed: 7/21/2010
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Phone: (305) 379-7674                                  Phone: (864) 235-7336
Last Four Digits of Acct # :8788                       Last Four Digits of Acct # :

Name and Address where transferee payments
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh                                   Date: February 24, 2011
-----------------------------------
Ramesh Singh
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605
claims@recoverycorp.com
Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT 2
## BILL OF SALE AND ASSIGNMENT

     **KNOW ALL MEN BY THESE PRESENTS,** that the undersigned Sherman Acquisition LLC ("Seller"), for and in consideration of the sum of ▮▮▮▮▮▮▮▮ and other good and valuable consideration, the receipt of which is hereby acknowledged, does by these presents, assign, sell, transfer, convey, and set over to Capital Recovery, LLC ("Buyer"), its successors and assigns, all rights, title and interest in and to certain charged-off receivables (the "Charged-off Accounts"), related documents evidencing a security interest, liens or other security instruments or encumbrances executed, filed and/or created in conjunction with collateral securing the Charged-off Accounts. Such Charged-off Accounts are described in the attached Appendix A and referred to as Charged-off Accounts in the Purchase and Sale Agreement between Assignors and Assignee and dated March 16 2010.

     This Assignment is made without recourse or warranty except as otherwise provided in the Agreement executed by Assignor and Assignee with regard to the Charged-off Accounts and other rights, privileges and documentation referred to herein.

Dated this **30th day of November,** 2010

                                         **SHERMAN ACQUISITION LLC**

                                         By: _____
                                                 John Mazzoli

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Sherman Acquisition LLC ("Transferor") has sold and assigned certain claims to Capital Recovery, LLC ("Transferee"). Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 25 SE 2nd Avenue, Suite 1120 Miami, FL 33131-1605. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following names:

**LVNV Funding LLC; Resurgent Capital Services.**

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has signed and delivered this instrument on the **30th day of November**, 2010.

SHERMAN ACQUISITION LLC

By: _____
Jon Mazzoli