UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAE I. FISCHMAN AND SHOSHANNA FISCHMAN, | Case No. 10-44189 (CEC) |
| Debtors. | |

**ORDER GRANTING MOTION OF CITY NATIONAL BANK FOR
RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D)(1) AND (2)
WITH RESPECT TO THE PROPERTY COMMONLY KNOWN AS
572-574 MADISON AVENUE, ALBANY, NEW YORK AND
<u>886 MADISON STREET, BROOKLYN, NEW YORK</u>**

Upon the motion of City National Bank, N.A. (the "**Lender**"), for Order granting relief from the automatic stay, pursuant to 11 U.S.C. § 362(d)(1) and (2), as to a parcel of real property commonly known as 572-574 Madison Avenue, Albany, New York (the "***Albany Property***"), and another parcel of real property commonly known as 866 Madison Street, Brooklyn, Kings County, New York (the "***Brooklyn Property***" and collectively with the Albany Property, the "***Premises***"), filed September 23, 2011, (the "***Motion***"), it is hereby:

ORDERED that Lender's Motion is Granted and that pursuant to 11 U.S.C. § 362(d)(1) and (2), the automatic stay is hereby lifted; and it is further

ORDERED that Lender may ~~immediately~~ *(CEC)* exercise its rights ***under applicable law (CEC)*** against the Premises~~; and it is further~~

~~ORDERED that the Debtor is directed to immediately turn over all of the property with respect to the Premises since the filing of its petition under Title 11 of Chapter 11 of the United States Code, as subsequently converted to a Chapter 7 case, including but not limited to cash collected, bank accounts, property, records, keys and any other items relating to the Premises or~~

~~the operation of the Premises, to the Lender or its designee and to cease from any interference with the Premises from this day forward.~~ *(CEC)*

**Dated: Brooklyn, New York
November 4, 2011**



_____
 **Carla E. Craig
United States Bankruptcy Judge**