

# WINDELS MARX

Windels
Marx
Lane &
Mittendorf, LLP

windelsmarx.com

Leslie S. Barr
212.237.1038
lbarr@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

January 13, 2012

**BY Email: cec_hearings@nyeb.uscourts.gov**

The Honorable Carla E. Craig
Chief United States Bankruptcy Judge
United States Bankruptcy Court, Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Michael & Shoshanna Fischman, Case No. 10-44189 (CEC)**
      **Federal National Mortgage Association v. Michael & Shoshanna Fischman,**
      **Adv. Proc. No. 11-01313**
      **Our file no. 150170/027**

Dear Chief Judge Craig:

This firm is counsel to Fannie Mae, a creditor of the above-referenced Debtors, and Plaintiff in the above-referenced Adversary Proceeding.

This will confirm that pursuant to this Court's Judges' Procedure number 8, I have advised your courtroom deputy clerk that Plaintiff and Defendants have signed a Stipulation of Settlement and Order resolving the Adversary Proceeding. The proposed Stipulation of Settlement and Order will be presented for the Court's consideration and approval on notice pursuant to Bankruptcy Rule 9019 for February 10, 2012. A hearing on objections, if any, will be held on February 23, 2012 at 2:30 p.m.

Accordingly, regarding the pre-trial hearing, as well as Plaintiff's motions to compel discovery and for an order directing the Debtors to comply with a previous Court Order to turnover rents and security deposits to the receiver, now scheduled for January 19, 2012, we respectfully request that the Court mark the matters settled and adjourn them to February 23, 2012 at 2:30 p.m.

Respectfully submitted,

Leslie Barr

Leslie S. Barr

LSB:cl

cc:   Harold Seligman, Esq., by email: hseligman@msn.com
      Glenn Reichelscheimer, Esq., by email: greichelscheimer@ix.netcom.com
      William E. Curtin, Esq., by email: william.e.curtin@usdoj.gov

{10725003:1}