UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
--------------------------------------------------------X

In re:                                                        Chapter 7

MICHAEL I. FISCHMAN,                                          Case No. 1-10-44189-CEC
SHOSHANNA FISCHMAN,

                        Debtors.                             **ORDER TERMINATING**
--------------------------------------------------------X    **THE AUTOMATIC STAY**

      BANK OF AMERICA, N.A. ("Bank of America") having moved this Court pursuant to a Notice

of Motion for Relief from Stay for an Order terminating the stay imposed against Bank of America and

seeking authorization for Bank of America to repossess and sell the 2005 Mercedes- B M Class bearing

VIN # 4JGAB57E85A566224 ("Collateral"), and sufficient cause having been shown, and after due

deliberation by this Court, it is

      **ORDERED,** that the stay imposed against Bank of America pursuant to §362(a) of the

Bankruptcy Code is terminated, and Bank of America ~~is~~ ***may (CEC)*** pursue its rights under applicable

state law with respect to the ~~Vehicle~~ ***Collateral (CEC)***, and it is further

      **ORDERED,** that in the event of the sale of the Collateral, Bank of America shall give notice to

the Trustee of any surplus monies that may exist after the sale, and it is further

      **ORDERED,** that unless specifically provided in loan documents signed by the debtor(s), the

Movant may not collect fees, expenses or other charges associated with this or a subsequent mortgage

servicer.



**Dated: Brooklyn, New York**
**March 23, 2012**

_____
     **Carla E. Craig**
**United States Bankruptcy Judge**