**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------x
In re:

    Michael I Fischman
    Shoshanna Fischman

        Debtors.
-------------------------------x

Case No. 10-44189-cec

Chapter 7

**O R D E R**

    **Whereas,** the above-captioned case having been initiated by the filing of a petition under Chapter 11 of Title 11 of the United States Code on May 7, 2010 and converted to Chapter 7 on November 3, 2010, and randomly assigned to Honorable Carla E. Craig,

    **Whereas,** an Order Approving Stipulation and Extending Trustee's Time to Object to the Debtor's Discharge to July 31, 2013 was signed on June 30, 2011,

    **Whereas,** due to an administrative error, an Order of Discharge dated April 2, 2012 was prematurely issued, it is

    **ORDERED,** that the Order of Discharge dated April 2, 2012, that released the debtor from all dischargeable debts is hereby vacated, and it is further

    **ORDERED,** that the Clerk of Court notify the debtor, creditors and all parties-in-interest of this Order vacating the Order of Discharge dated April 2, 2012.



Dated: Brooklyn, New York
      April 20, 2012

_____
**Carla E. Craig**
**United States Bankruptcy Judge**