```
                         United States Bankruptcy Court
                          Eastern District of New York
In re:                                                    Case No. 10-44189-cec
Michael I Fischman                                        Chapter 7
Shoshanna Fischman
        Debtors              CERTIFICATE OF NOTICE
District/off: 0207-1          User: smarcus             Page 1 of 2             Date Rcvd: May 01, 2013
                              Form ID: trc              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 7081834      E-mail/PDF: rmscedi@recoverycorp.com May 01 2013 18:38:04     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0207-1           User: smarcus              Page 2 of 2          Date Rcvd: May 01, 2013
                               Form ID: trc               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2013 at the address(es) listed below:

```
              Barbara  Dunleavy    on behalf of Creditor    JP Morgan Chase Bank, National Association
               BDunleavy@Rosicki.com, ecfnotice@rosicki.com
              Bruce  Weiner    on behalf of Creditor    Haven Capital Corporation rmwlaw@att.net, rmwlaw@att.net
              David J Doyaga    david.doyaga@verizon.net, NY98@ecfcbis.com,
              David J Doyaga     on behalf of Trustee David J Doyaga david.doyaga@verizon.net, NY98@ecfcbis.com,
              Doyaga & Schaefer    on behalf of Trustee David J Doyaga David.Doyaga@verizon.net
              Erin P Severini    on behalf of Creditor    Wells Fargo Bank, N.A., as trustee on behalf of the
               holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, SEries
               2006-12 es@dgandl.com, kjb@dgandl.com;vy@dgandl.com;mbd@dgandl.com
              Geoffrey J Peters    on behalf of Creditor    Bank of America, N.A. colnyecf@weltman.com
              Glenn A Reichelscheimer    on behalf of Joint Debtor Shoshanna  Fischman
               greichelscheimer@ix.netcom.com
              Glenn A Reichelscheimer    on behalf of Debtor Michael I Fischman greichelscheimer@ix.netcom.com
              Harold  Seligman    on behalf of Defendant Michael I Fischman hseligman@msn.com
              Harold  Seligman    on behalf of Defendant Shoshanna  Fischman hseligman@msn.com
              Harold M Somer    on behalf of Creditor    City National Bank harold.somer@verizon.net
              Jason A Nagi    on behalf of Creditor    City National Bank jnagi@polsinelli.com,
               ataylor@polsinelli.com;tbackus@polsinelli.com;kvervoort@polsinelli.com
              Leslie S Barr    on behalf of Creditor    Federal National Mortgage Association
               lbarr@windelsmarx.com
              Leslie S Barr    on behalf of Plaintiff    Federal National Mortgage Association
               lbarr@windelsmarx.com
              Linh K Tran    on behalf of Creditor    Roundup Funding, LLC bk.mail@quantum3group.com
              Robert G Wilk    on behalf of Creditor    Federal National Mortgage Association
               rwilk@windelsmarx.com
              United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Wayne M Greenwald    on behalf of Debtor Michael I Fischman grimlawyers@aol.com,
               ecfnoticing@yahoo.com
              Wayne M Greenwald    on behalf of Joint Debtor Shoshanna  Fischman grimlawyers@aol.com,
               ecfnoticing@yahoo.com
                                                                                             TOTAL: 20
```

# United States Bankruptcy Court

Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

IN RE:

Michael I Fischman
254 Fort Hill Road
Scarsdale NY 10583

Shoshanna Fischman
254 Fort Hill Road
Scarsdale NY 10583

CASE NO: 1-10-44189-cec

CHAPTER: 7

SSN/TAX ID:

DEBTOR(s)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/24/2013.

Name and Address of Alleged Transferor(s):

Claim No. 16: Capital Recovery IV LLC, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue Suite 1120, Miami, FL 33131-1605

Name and Address of Transferee:

Midland Funding LLC
By its authorized agent Recoser, LLC
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/03/13

Robert A. Gavin, Jr.
**CLERK OF THE COURT**

[Notice of Trans of Claim rev. 07/20/12]