# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−10−44189−cec |
| Michael I Fischman and Shoshanna Fischman | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−7673            xxx−xx−8942 | |
| DEBTOR(s) | |

## STATEMENT OF CLERK'S COST

In response to your **request for special charges** dated **July 2, 2013**, in preparation of your final report, below please see the **Clerk's cost** for the above−captioned case:

- ☑ Notices: $ 0.00
- ☑ Adversary Proceedings: $ 0.00
- ☑ Reopen Fee: $ 0.00
- ☑ Conversion Fee: $ 0.00
- ☑ Other: $ 0.00

Dated: July 3, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLstmtclkcst2.jsp** [Statement of Clerk's Cost rev. 3/28/12]