```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

In re

MICHAEL FISCHMAN AND                             JUDGMENT
SHOSHANNA FISCHMAN                               10-CV- 5934 (PKC)

                    Debtors,
-------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ SEP 09 2013 ★
BROOK'␣␣␣ OFFICE

An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on September 6, 2013, dismissing the action *sua sponte* pursuant to Rule 41 of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that the action is dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York  
       September 09, 2013

Douglas C. Palmer  
Clerk of Court

by:   */s/ Janet Hamilton*  
      Deputy Clerk

