**David J. Doyaga, Sr.**
United States Bankruptcy Trustee
26 Court Street- Suite 1002
Brooklyn, NY 11242
Tel:(718) 488-7500
Fax:(718) 709-8854

January 27, 2014

Clerk of US Bankruptcy Court EDNY
U.S. Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY   11201

          Re: Michael I and Shoshanna Fischman
          Bankruptcy Case: 110-44189

Dear Clerk;

    Please issue the discharge for the above referenced Debtors.  They have complied with all the Trustee's requests and the extended time to object to discharge (July 31, 2013) has passed.

    Thank you.

          Sincerely,

          s/ ***David J. Doyaga, Sr.***

          David J. Doyaga, Sr.
          United States Bankruptcy Trustee